# EXHIBIT D

Electronically Filed by Superior Court of California, County of Orange, 04/11/2023 10:59:32 AM.
30-2023-01318756-CU-OE-CJC - ROA # 3 - DAVID H. YAMASAKI, Clerk of the Court By K. Climer, Deputy Clerk.

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Travis J. Burch, Esq. (SBN 216175)<br>Shaichi Burch LLP, 23 Corporate Plaza Dr., Ste. 150, Newport Beach, CA, 92660 | |
| TELEPHONE NO.: (949) 359-0334    FAX NO. (Optional): (949) 326-0083 | |
| ATTORNEY FOR (Name): Plaintiff Jasmine Ramirez | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS: 700 Civic Center Drive West
CITY AND ZIP CODE: Santa Ana, CA 92702
BRANCH NAME: CENTRAL JUSTICE CENTER

CASE NAME:
Jasmine Ramirez v. Costco Wholesale Corporation, et al.

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| [x] Unlimited    [ ] Limited<br>(Amount demanded exceeds $25,000)    (Amount demanded is $25,000) | [ ] Counter    [ ] Joinder<br>Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | 30-2023-01318756-CU-OE-CJC<br>JUDGE: Judge David J. Hesseltine<br>DEPT.: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

   **Auto Tort**
   [ ] Auto (22)
   [ ] Uninsured motorist (46)
   **Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
   [ ] Asbestos (04)
   [ ] Product liability (24)
   [ ] Medical malpractice (45)
   [ ] Other PI/PD/WD (23)
   **Non-PI/PD/WD (Other) Tort**
   [ ] Business tort/unfair business practice (07)
   [ ] Civil rights (08)
   [ ] Defamation (13)
   [ ] Fraud (16)
   [ ] Intellectual property (19)
   [ ] Professional negligence (25)
   [ ] Other non-PI/PD/WD tort (35)
   **Employment**
   [ ] Wrongful termination (36)
   [x] Other employment (15)

   **Contract**
   [ ] Breach of contract/warranty (06)
   [ ] Rule 3.740 collections (09)
   [ ] Other collections (09)
   [ ] Insurance coverage (18)
   [ ] Other contract (37)
   **Real Property**
   [ ] Eminent domain/Inverse condemnation (14)
   [ ] Wrongful eviction (33)
   [ ] Other real property (26)
   **Unlawful Detainer**
   [ ] Commercial (31)
   [ ] Residential (32)
   [ ] Drugs (38)
   **Judicial Review**
   [ ] Asset forfeiture (05)
   [ ] Petition re: arbitration award (11)
   [ ] Writ of mandate (02)
   [ ] Other judicial review (39)

   **Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
   [ ] Antitrust/Trade regulation (03)
   [ ] Construction defect (10)
   [ ] Mass tort (40)
   [ ] Securities litigation (28)
   [ ] Environmental/Toxic tort (30)
   [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)
   **Enforcement of Judgment**
   [ ] Enforcement of judgment (20)
   **Miscellaneous Civil Complaint**
   [ ] RICO (27)
   [ ] Other complaint (not specified above) (42)
   **Miscellaneous Civil Petition**
   [ ] Partnership and corporate governance (21)
   [ ] Other petition (not specified above) (43)

2. This case [ ] is  [x] is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. [x] monetary  b. [ ] nonmonetary; declaratory or injunctive relief  c. [x] punitive
4. Number of causes of action (specify): Two
5. This case [ ] is  [x] is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: April 10, 2023

Travis J. Burch, Esq.
(TYPE OR PRINT NAME)                            ► (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10

**EXHIBIT D, PAGE 15**

**INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET**  CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the primary cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

**CASE TYPES AND EXAMPLES**

**Auto Tort**
  Auto (22)–Personal Injury/Property Damage/Wrongful Death
  Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
  Asbestos (04)
    Asbestos Property Damage
    Asbestos Personal Injury/Wrongful Death
  Product Liability *(not asbestos or toxic/environmental)* (24)
  Medical Malpractice (45)
    Medical Malpractice–Physicians & Surgeons
    Other Professional Health Care Malpractice
  Other PI/PD/WD (23)
    Premises Liability (e.g., slip and fall)
    Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
    Intentional Infliction of Emotional Distress
    Negligent Infliction of Emotional Distress
    Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
  Business Tort/Unfair Business Practice (07)
  Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
  Defamation (e.g., slander, libel) (13)
  Fraud (16)
  Intellectual Property (19)
  Professional Negligence (25)
    Legal Malpractice
    Other Professional Malpractice *(not medical or legal)*
  Other Non-PI/PD/WD Tort (35)

**Employment**
  Wrongful Termination (36)
  Other Employment (15)

**Contract**
  Breach of Contract/Warranty (06)
    Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
    Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
    Negligent Breach of Contract/Warranty
    Other Breach of Contract/Warranty
  Collections (e.g., money owed, open book accounts) (09)
    Collection Case–Seller Plaintiff
    Other Promissory Note/Collections Case
  Insurance Coverage *(not provisionally complex)* (18)
    Auto Subrogation
    Other Coverage
  Other Contract (37)
    Contractual Fraud
    Other Contract Dispute

**Real Property**
  Eminent Domain/Inverse Condemnation (14)
  Wrongful Eviction (33)
  Other Real Property (e.g., quiet title) (26)
    Writ of Possession of Real Property
    Mortgage Foreclosure
    Quiet Title
    Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
  Commercial (31)
  Residential (32)
  Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
  Asset Forfeiture (05)
  Petition Re: Arbitration Award (11)
  Writ of Mandate (02)
    Writ–Administrative Mandamus
    Writ–Mandamus on Limited Court Case Matter
    Writ–Other Limited Court Case Review
  Other Judicial Review (39)
    Review of Health Officer Order
    Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
  Antitrust/Trade Regulation (03)
  Construction Defect (10)
  Claims Involving Mass Tort (40)
  Securities Litigation (28)
  Environmental/Toxic Tort (30)
  Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
  Enforcement of Judgment (20)
    Abstract of Judgment (Out of County)
    Confession of Judgment *(non-domestic relations)*
    Sister State Judgment
    Administrative Agency Award *(not unpaid taxes)*
    Petition/Certification of Entry of Judgment on Unpaid Taxes
    Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
  RICO (27)
  Other Complaint *(not specified above)* (42)
    Declaratory Relief Only
    Injunctive Relief Only *(non-harassment)*
    Mechanics Lien
    Other Commercial Complaint Case *(non-tort/non-complex)*
    Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
  Partnership and Corporate Governance (21)
  Other Petition *(not specified above)* (43)
    Civil Harassment
    Workplace Violence
    Elder/Dependent Adult Abuse
    Election Contest
    Petition for Name Change
    Petition for Relief From Late Claim
    Other Civil Petition

CM-010 [Rev. July 1, 2007]    **CIVIL CASE COVER SHEET**    Page 2 of 2

**EXHIBIT D, PAGE 16**

Electronically Filed by Superior Court of California, County of Orange, 04/11/2023 10:59:32 AM.
30-2023-01318756-CU-OE-CJC - ROA # 4 - DAVID H. YAMASAKI, Clerk of the Court By K. Climer, Deputy Clerk.

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
COSTCO WHOLESALE CORPORATION, a Washington Corporation; and DOES 1 through 5, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
JASMINE RAMIREZ

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

The name and address of the court is:
*(El nombre y dirección de la corte es):* SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE-700 Civic Center Dr. W, Santa Ana, CA, 92702

**CASE NUMBER:**
*(Número del Caso):* 30-2023-01318756-CU-OE-CJC
Judge David J. Hesseltine

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Travis J. Burch, Esq./Shalchi Burch LLP/23 Corporate Plaza Dr., Ste. 150, Newport Beach, CA, 92660, (949) 359-0334

**DATE:** 04/11/2023    DAVID H. YAMASAKI, Clerk of the Court    Clerk, by _K. Climer_, Deputy
*(Fecha)*    *(Secretario)*    *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* Costco Wholesale Corporation, a Washington Corporation
   under: ☒ CCP 416.10 (corporation)     ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)    ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courts.ca.gov

**EXHIBIT D, PAGE 17**



# SUPERIOR COURT OF CALIFORNIA

### COUNTY OF ORANGE

Superior Court of California, County of Orange

700 W. Civic Center Drive
Santa Ana, CA 92702

**PAYMENT RECEIPT**

**E-Filing Transaction #:** 41473234

**Receipt #:** 13036266

**Clerk ID:** kclimer  **Transaction No:** 13208144  **Transaction Date:** 04/13/2023  **Transaction Time:** 11:44:00 AM

| Case Number | Fee Type | Qty | Fee Amount$ | Balance Due | Amount Paid | Remaining Balance |
|---|---|---|---|---|---|---|
| 30-2023-01318756-CU-OE-CJC | 194 - Complaint or other 1st paper | 1 | $435.00 | $435.00 | $435.00 | $0.00 |
| | | | | Sales Tax: | $0.00 | |
| | | | | Total: | $435.00 | Total Rem. Bal: |

E-Filing : - OneLegal

E-Filing:  $435.00

Total Amount Tendered:  $435.00

Change Due:  $0.00

Balance:  $0.00

A $45 fee may be charged for each returned check, electronic funds transfer or credit card payment.

**COPY**

Page: 1

**EXHIBIT D, PAGE 18**

| | |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**<br>STREET ADDRESS: 700 W. Civic Center DRIVE<br>MAILING ADDRESS: 700 W. Civic Center Drive<br>CITY AND ZIP CODE: Santa Ana 92701<br>BRANCH NAME: Central Justice Center<br>PLANTIFF: Jasmine Ramirez | FOR COURT USE ONLY<br>**FILED**<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ORANGE<br><br>**Apr 13, 2023**<br>Clerk of the Superior Court |
| DEFENDANT: Costco Wholesale Corporation | |
| Short Title: RAMIREZ VS. COSTCO WHOLESALE CORPORATION | |
| **NOTICE OF HEARING**<br>**CASE MANAGEMENT CONFERENCE** | CASE NUMBER:<br>30-2023-01318756-CU-OE-CJC |

Please take notice that a(n), Case Management Conference has been scheduled for hearing on 09/15/2023 at 09:30:00 AM in Department C23 of this court, located at Central Justice Center.

**Plaintiff(s)/Petitioner(s) to provide notice to all defendant(s)/respondent(s). Parties who file pleadings that add new parties to the proceeding must provide notice of the Case Management Conference to the newly added parties.**

**IMPORTANT:** Prior to your hearing date, please check the Court's website for the most current instructions regarding how to appear for your hearing and access services that are available to answer your questions.
Civil Matters - https://www.occourts.org/media-relations/civil.html
Probate/Mental Health - https://www.occourts.org/media-relations/probate-mental-health.html
Appellate Division - https://www.occourts.org/media-relations/appeals-records.html

**IMPORTANTE:** Antes de la fecha de su audiencia, visite el sitio web de la Corte para saber cuáles son las instrucciones más actuales para participar en la audiencia y tener acceso a los servicios disponibles para responder a sus preguntas.
Casos Civiles - https://www.occourts.org/media-relations/civil.html
Casos de Probate y Salud Mental - https://www.occourts.org/media-relations/probate-mental-health.html
División de apelaciones - https://www.occourts.org/media-relations/appeals-records.html

**QUAN TRỌNG:** Trước ngày phiên tòa của quý vị, vui lòng kiểm tra trang mạng của tòa án để biết những hướng dẫn mới nhất về cách ra hầu phiên tòa của quý vị và tiếp cận những dịch vụ hiện có để giải đáp những thắc mắc của quý vị.
Vấn Đề Dân Sự - https://www.occourts.org/media-relations/civil.html
Thủ Tục Di Chúc/Sức Khỏe Tinh Thần - https://www.occourts.org/media-relations/probate-mental-health.html
Ban phúc thẩm - https://www.occourts.org/media-relations/appeals-records.html

Clerk of the Court, By: _____, Deputy

EXHIBIT D, PAGE 19

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE<br>Central Justice Center<br>700 W. Civic Center DRIVE<br>Santa Ana 92701 ||
|---|---|
| **SHORT TITLE:** RAMIREZ VS. COSTCO WHOLESALE CORPORATION ||
| **CLERK'S CERTIFICATE OF SERVICE BY MAIL** | **CASE NUMBER:**<br>**30-2023-01318756-CU-OE-CJC** |

I certify that I am not a party to this cause. I certify that a true copy of the above Notice of Hearing has been placed for collection and mailing so as to cause it to be mailed in a sealed envelope with postage fully prepaid pursuant to standard court practices and addressed as indicated below. The certification occurred at Santa Ana, California, on 04/13/2023. Following standard court practice the mailing will occur at Sacramento, California on 04/14/2023.

Clerk of the Court, by: _____ , Deputy

SHALCHI BURCH LLP
23 CORPORATE PLAZA DRIVE # 150
NEWPORT BEACH, CA 92660

Electronically Filed by Superior Court of California, County of Orange, 04/19/2023 08:00:00 AM.
30-2023-01318756-CU-OE-CJC - ROA # 9 - DAVID H. YAMASAKI, Clerk of the Court By E. efilinguser, Deputy Clerk

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Travis J. Burch, 216175<br>Shalchi Burch LLP<br>23 Corporate Plaza Dr., Ste. 150,<br>Newport Beach, CA 92660<br>TELEPHONE NO.: 949-359-0334<br>ATTORNEY FOR *(Name):* Plaintiff | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>Superior Court of California, Orange County<br>700 Civic Center Drive West<br>Santa Ana, CA 92702-1994 | |
| PLAINTIFF/PETITIONER: Jasmine Ramirez<br>DEFENDANT/RESPONDENT: Costco Wholesale Corporation, et al. | CASE NUMBER:<br>30-2023-01318756 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>Ramirez |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.
2. I served copies of:

Summons; Complaint; Civil Case Cover Sheet; Notice of Hearing Case Management Conference OC; Alternative Dispute Resolution Information Package

3. a. Party served: Costco Wholesale Corporation, a Washington Corporation

   b. Person Served: CT Corporation System - Jessie Gastelum, Intake Specialist - Person Authorized to Accept Service of Process

4. Address where the party was served: 330 N Brand Blvd
   Glendale, CA 91203

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): 04/18/2023   (2) at (time): 12:19PM

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   d. on behalf of:

   Costco Wholesale Corporation, a Washington Corporation
   under: CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name: Jessica Brown
   b. Address: One Legal - P-000618-Sonoma
      1400 North McDowell Blvd, Ste 300
      Petaluma, CA 94954
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 40.00
   e I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: 2019217220
         (iii) County: Los Angeles

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 04/18/2023

Jessica Brown
(NAME OF PERSON WHO SERVED PAPERS)                                (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
OL# 20228721

**EXHIBIT D, PAGE 21**



 (/Dashboard)

**Confirmation #:** 28426689
**Case Title:** Ramirez vs. Costco Wholesale Corporation

Thank you for choosing One Legal. If you have any questions about this order, please email us at support@onelegal.com.

## CASE INFORMATION

| | |
|---|---|
| **Court Name:** | Orange County, Superior Court of California |
| **Court Branch:** | Central Justice Center Santa Ana |
| **Case Title:** | Ramirez vs. Costco Wholesale Corporation |
| **Case Category:** | Civil - Unlimited |
| **Case Type:** | Other employment |
| **Case #:** | 30-2023-01318756-CU-OE-CJC |

## ORDER DETAILS

| | |
|---|---|
| **Order Type:** | eFiling |
| **Filing order #:** | 20413059 |
| **Date/Time Submitted:** | 5/15/2023 10:37 AM PT |
| **Client Billing Code:** | 0HKS-373424 |
| **Contact Name:** | Janet Jackson |
| **Attorney Name:** | Travis Anderson |
| **Email Notification:** | Contact |
| **Special Instructions:** | Kindly file and provide conformed copy at your earliest opportunity. Thank you! |

## DOCUMENTS

| Document Type | Document Title | Pages Uploaded |
|---|---|---|
| Answer to Complaint | Answer to Complaint | 10 |

**EXHIBIT D, PAGE 22**

© One Legal LLC

Version: 7.0.1841 | Customer #0064842

Accessibility statement (https://www.onelegal.com/accessibility/)    |    Privacy policy (https://www.onelegal.com/privacy/)    |    Terms of service (https://www.onelegal.com/terms/)

1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
2     Including Professional Corporations
   TRAVIS J. ANDERSON, Cal Bar No. 265540
3  JENNA G. CRAWFORD, Cal Bar No. 311415
   12275 El Camino Real, Suite 100
4  San Diego, California 92130-4092
   Telephone:    858.720.8900
5  Facsimile:    858.509.3691
   E mail       tanderson@sheppardmullin.com
6               jcrawford@sheppardmullin.com

7  Attorneys for Costco Wholesale Corporation

8

9

10            SUPERIOR COURT OF THE STATE OF CALIFORNIA

11          COUNTY OF ORANGE, CENTRAL JUSTICE CENTER

12

13  JASMINE RAMIREZ,                    Case No. 30-2023-01318756-CU-OE-CJC

14          Plaintiff,                  Assigned for all purposes to:
                                        Hon. David J. Hesseltine, Dept C23
15      v.
                                        **ANSWER TO COMPLAINT**
16  COSTCO WHOLESALE
    CORPORATION, a                      [Complaint Filed: April 11, 2023]
17  Washington Corporation; and DOES 1  Trial Date:              TBD
    through 5,
18  inclusive,

19          Defendants.

-1-

TO PLAINTIFF JASMINE RAMIREZ AND HER ATTORNEYS OF RECORD:

Defendant Costco Wholesale Corporation ("Costco"), for itself alone, hereby responds to Plaintiff's unverified Complaint as follows:

Under California Code of Civil Procedure § 431.30, Costco denies each and every allegation contained in Plaintiff's unverified Complaint.

AND FOR ITS AFFIRMATIVE DEFENSES TO THE COMPLAINT AND TO EACH PURPORTED CAUSE OF ACTION THEREIN, COSTCO ALLEGES:

### FIRST AFFIRMATIVE DEFENSE
(Failure to State Cause of Action)

The Complaint and/or each claim contained therein fails to state facts sufficient to constitute a cause of action against Costco.

### SECOND AFFIRMATIVE DEFENSE
(C.C.P. § 430.10(f))

The Complaint is ambiguous and unintelligible in that it does not allege with sufficient specificity the grounds upon which Costco is alleged to be responsible, in whole or in part, for Plaintiff's alleged damages.

### THIRD AFFIRMATIVE DEFENSE
(Failure to Mitigate)

Costco is informed and believes and thereon alleges that Plaintiff has failed to mitigate her losses, if any, and as a result of such failure, Plaintiff's claims against Costco are reduced, excused and/or discharged.

## FOURTH AFFIRMATIVE DEFENSE

(Misrepresentation)

Any of the conduct of Costco which is alleged to be unlawful or improper was taken as the result of misrepresentations or other wrongful conduct by Plaintiff.

## FIFTH AFFIRMATIVE DEFENSE

(Privilege/Justification)

Plaintiff's purported claims for relief, and each of them, are barred in whole or in part by Costco's privilege, business necessity and justification under the circumstances for the acts and omissions alleged in the Complaint.

## SIXTH AFFIRMATIVE DEFENSE

(Estoppel)

Plaintiff's claims are barred, in whole or part, by virtue of the application of the doctrine of estoppel.

## SEVENTH AFFIRMATIVE DEFENSE

(After-Acquired Evidence)

Costco is informed and believes and thereon alleges that the doctrine of after-acquired evidence operates as a bar to each and every claim alleged in Plaintiff's Complaint and/or limits any damages recoverable by Plaintiff.

## EIGHTH AFFIRMATIVE DEFENSE

(Business Necessity)

Any of the conduct of Costco which is alleged to be unlawful or improper was taken for reasons of business justification and necessity under the circumstances and in accordance with business practices.

## NINTH AFFIRMATIVE DEFENSE

(Good Faith)

Costco is informed and believes, and based upon such information and belief alleges, that Costco acted in good faith with honesty of purpose and without any improper motive, purpose or means, and without any hatred, ill will, malice, or intent to injure.

## TENTH AFFIRMATIVE DEFENSE

(Comparative Fault)

To the extent Plaintiff has suffered any damages as a result of the facts alleged in the Complaint, persons and entities other than Costco are negligent and/or at fault in connection with those acts, and by reason thereof, Plaintiff's rights of recovery from Costco should be reduced by that amount which the negligence and fault of persons and entities other than Costco contributed to any damages.

## ELEVENTH AFFIRMATIVE DEFENSE

(Statute of Limitations)

Costco is informed and believes, and thereon alleges, that some or all of Plaintiff's claims and allegations are barred by the applicable statutes of limitation.

## TWELFTH AFFIRMATIVE DEFENSE

(Laches)

As to each and every claim purporting to sound in equity, Plaintiff's Complaint is barred by laches.

## THIRTEENTH AFFIRMATIVE DEFENSE

(Unclean Hands)

As to each and every claim purporting to sound in equity, Plaintiff's Complaint is barred by the doctrine of unclean hands.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Comparative Negligence)

Costco is informed and believes and thereon alleges that Plaintiff, by her acts and conduct, has failed to exercise reasonable care and diligence in her own behalf, thereby contributing to her alleged damages. Plaintiff's recovery against Costco, if any, must be reduced by the proportion of damages caused by the acts and conduct of Plaintiff as opposed to that of Costco.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (No Proximate Causation of Emotional Distress)

If Plaintiff has suffered any emotional distress (and Costco denies that Plaintiff has suffered any such distress), such emotional distress was proximately caused by factors other than the acts and/or omissions of Costco, or anyone acting on Costco's behalf, and/or Plaintiff contributed to her distress and, because of this contribution, any remedy to which she might otherwise be entitled must be denied or reduced.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Consent)

As to any act or conduct on the part of Costco alleged to have been unlawful, Plaintiff consented to that act or conduct.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (Legitimate, Non-Discriminatory Motives)

Plaintiff cannot recover under any claim alleged in the Complaint because Costco acted in good faith and had legitimate, non-discriminatory reasons for all employment decisions made in regard to Plaintiff.

**EIGHTEENTH AFFIRMATIVE DEFENSE**

**(**Workers' Compensation Exclusive Remedy)

Costco is informed and believes, and thereon alleges, that Plaintiff's Complaint, or parts thereof, is barred for lack of subject matter jurisdiction pursuant to the provisions of Sections 3600, *et seq.* and 5300 of the California Labor Code inasmuch as the California Workers' Compensation Appeals Board is vested with the exclusive jurisdiction over the allegations contained therein. Additionally, Costco is entitled to a setoff against any recovery by Plaintiff through workers' compensation.

**NINETEENTH AFFIRMATIVE DEFENSE**

(Labor Management Relations Act Preemption)

Plaintiff's claims, in whole or in part, are preempted by the Labor Management Relations Act.

**TWENTIETH AFFIRMATIVE DEFENSE**

(National Labor Relations Act Preemption)

Plaintiff's Complaint against Costco is preempted, in whole or in part, by the National Labor Relations Act, 29 U.S.C. § 151, *et seq.*, and the exclusive jurisdiction with respect to Plaintiff's preempted claims is vested in the National Labor Relations Board.

**TWENTY-FIRST AFFIRMATIVE DEFENSE**

(Full Performance)

Costco has fully performed any contractual, statutory or other alleged duties to Plaintiff, other than those which have been excused or discharged, and Plaintiff is thus barred from recovery.

**TWENTY-SECOND AFFIRMATIVE DEFENSE**

(Failure to Exhaust Company Procedures)

As to any complaints Plaintiff did have while employed with Costco, Plaintiff failed to utilize established company procedures and is thereby precluded from asserting any such complaints.

**TWENTY-THIRD AFFIRMATIVE DEFENSE**

(Failure to Exhaust)

Plaintiff has failed to exhaust her administrative remedies and procedural prerequisites and, as a result of such failure, is barred from recovery.

**TWENTY-FOURTH AFFIRMATIVE DEFENSE**

(Failure to Use Corrective Opportunities)

Some or all of the claims in the Complaint are barred by Costco's exercise of reasonable care to prevent and promptly correct any unlawful activity and/or by Plaintiff's unreasonable failure to take advantage of any preventive or corrective opportunities provided by Costco.

**TWENTY-FIFTH AFFIRMATIVE DEFENSE**

(Mixed-Motive—*Harris v. City of Santa Monica*)

Costco denies that it unlawfully discriminated against Plaintiff. Assuming *arguendo*, however, that Plaintiff proves that an illegal discriminatory reason had been a factor in any employment decision or action towards Plaintiff, Costco would have made the same employment decision or taken the same action for legitimate, non-discriminatory reason(s).

### TWENTY-SIXTH AFFIRMATIVE DEFENSE

(Avoidable Consequences Doctrine)

At all times relevant to this action, Costco had in place policies that prohibited unlawful discrimination and retaliation, and procedures for reporting and remedying complaints of discrimination and retaliation.  At all times relevant to this action, Plaintiff was aware of the foregoing policies and procedures.  Nevertheless, Plaintiff unreasonably failed to take advantage of the foregoing policies and procedures or to avoid harm otherwise.  Accordingly, assuming Plaintiff could somehow prove any unlawful discrimination by Costco, which she cannot, Costco would nonetheless have an affirmative defense to any strict liability imposed for any such action(s) by its manager(s), supervisor(s) or agent(s).

### TWENTY-SEVENTH AFFIRMATIVE DEFENSE

(Unconstitutionality of Punitive Damages)

An award of punitive damages in this action would violate Costco's due process rights and equal protection rights under the United States Constitution and the California Constitution.

Costco presently has insufficient knowledge or information upon which to form a belief as to whether they may have additional, as yet unstated, affirmative defenses available.  Costco reserves the right to assert additional affirmative defenses in the event discovery indicates that such defenses will be appropriate

WHEREFORE, Costco prays as follows:

1. That Plaintiff take nothing by way of her Complaint;

2. That judgment be entered in favor of Costco;

3. That Costco be awarded its costs and fees incurred in defense of this action; and

4. For such other and further relief as the Court may deem just and proper.

Dated: May 15, 2023

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
TRAVIS J. ANDERSON
JENNA G. CRAWFORD

Attorneys for Costco Wholesale Corporation

PROOF OF SERVICE

**Jasmine Ramirez v. Costco Wholesale Corporation, et al.**
Case No. 30-2023-01318756-CU-OE-CJC

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Diego, State of California. My business address is 12275 El Camino Real, Suite 100, San Diego, CA 92130-4092.

On May 15, 2023, I served true copies of the following document(s) described as **ANSWER TO COMPLAINT** on the interested parties in this action as follows:

| | |
|---|---|
| Ali Shalchi | Attorneys for Plaintiff |
| Travis J. Burch | Jasmine Ramirez |
| SHALCHI BURCH LLP | |
| 23 Corporate Plaza Dr., Ste. 150 | |
| Newport Beach, California 92660 | |
| Telephone: (949) 359-0334 | |
| Facsimile: (949) 326-0083 | |

Email: AS@SHALCHIBURCHLLP.COM;
TB@SHALCHIBURCHLLP.COM

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 15, 2023, at San Diego, California.

_____
Janet E. Jackson